UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61485-CIV-DIMITROULEAS/SNOW

SERGIO J. MASVIDAL,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, AND AMERICAN EXPRESS
COMPANY,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

PLEASE TAKE NOTICE, pursuant to General Rule 3.8 of the Local Rules of this Court, and Internal Operating Procedure 2.15.00(c) that *United States of America v. American Express Bank International*, Case No. 07-20602-CR-ZLOCH, includes subject matter that is related to the subject matter of this action. Furthermore, the disposition of this action would appear to entail the unnecessary duplication of judicial labor if heard by separate judges.

More specifically, the allegations of the Complaint arise out of the submission of a Deferred Prosecution Agreement that was supervised and approved by District Judge Zloch. It is Plaintiff's contention that he was stigmatized and suffered damage caused by the Justice Department and American Express when their respective counsel submitted the DPA to Judge Zloch without informing the Court that those parties had entered into a separate agreement that required the termination of Plaintiff from the bank. Accordingly, the subject matter of this action is directly related to the subject matter of the previous action before Judge Zloch.

Further, Count I of the Complaint seeks a declaratory judgment and injunctive relief against the United States Department of Justice, seeking what is referred to as a "name-clearing hearing." Plaintiff separately intends to file a Motion to Intervene in *United States of America v. American Express Bank International*, Case No. 07-20602-CR-ZLOCH exercising his right in that action to seeking an evidentiary hearing from Judge Zloch regarding the circumstances in which the secret termination agreement was entered and requesting a name clearing hearing in that case. Therefore, Plaintiff respectfully submits that the name clearing hearing that Plaintiff has requested in Count I of this action, and which he will be separately requesting in a Motion to Intervene in Case No. 07-20602-CR-ZLOCH, should be resolved by the same District Judge in order to avoid the unnecessary duplication of judicial effort or inconsistent results.

Respectfully submitted,

TEW CARDENAS LLP
*Counsel for Plaintiff Sergio J. Masvidal*
The Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131-3407
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By:   s/Joseph A. DeMaria
JOSEPH A. DEMARIA
   Florida Bar No. 764711
   jad@tewlaw.com
LAWRENCE A. KELLOGG, P.A.
   Florida Bar No. 328601

And

ROBERT WEISBERG, ESQ.
   Florida Bar No. 285676
2701 South Bayshore Drive, Suite 403
Coconut Grove, Florida 33133-5359
Telephone:   (305) 666-6095
Facsimile:   (305) 666-6296
E-Mail:      reweisberg@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2009, the foregoing Notice was electronically filed with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing Notice to the following: **Jeffrey Sloman**, Acting United States Attorney, United States Attorney's Office, Southern District of Florida, 99 N.E. 4th, Street, Miami, Florida 33132; **Eric Holder**, Attorney General of the United States, and **American Express Company, Registered Agent**, C. T. Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

                                              s/Joseph A. DeMaria
                                              Joseph A. DeMaria

530862.1

Tew Cardenas LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112