UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-61485-CIV-DIMITROULEAS-SNOW

SERGIO J. MASVIDAL,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, and AMERICAN EXPRESS
COMPANY,

      Defendants.
_____/

## AGREED MOTION FOR ENLARGEMENT OF TIME
## TO SERVE A RESPONSE TO THE PLAINTIFF'S COMPLAINT

Defendant American Express Company moves this Court to grant it an enlargement of time up through and including November 20, 2009 to serve a response to the Complaint filed by Sergio J. Masvidal. In support of this motion, American Express states the following:

1. American Express was served with the Complaint in this case on September 21, 2009.

2. American Express retained the law firm of Holland & Knight to represent it in this matter on or about October 5, 2009.

3. A response is currently due from American Express on October 13, 2009.

4. The Complaint involves allegations of fraud, defamation, and tortious interference with advantageous business relationships premised on allegations involving many different individuals and events spanning several years.

5. In order to properly respond to this Complaint, counsel for American Express needs additional time to investigate the allegations and prepare a response.

6. The United States Department of Justice has until November 20, 2009 to respond to the Complaint.

7. American Express requests that it be granted an enlargement of time to respond to the Complaint that coincides with the deadline for the Department of Justice. Therefore, this enlargement will not serve to delay these proceedings.

8. Counsel for American Express have spoken to Joseph DiMaria, counsel for the Plaintiff, who agreed to the enlargement of time.

WHEREFORE, American Express respectfully requests that the Court grant its motion for enlargement of time up through and including November 20, 2009 to serve a response to the Complaint.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
Attorneys for American Express Company
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Phone: (305) 374-8500
Fax: (305) 789-7799

By: _____
JOHN M. HOGAN
john.hogan@hklaw.com
Florida Bar No.: 0238082
DANIEL S. FRIDMAN
daniel.fridman@hklaw.com
Florida Bar No.: 176478

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Joseph DiMaria, Tew Cardenas LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Ave., Miami, Florida 33131-3407 on October 8, 2009 by electronic CM/ECF document delivery.

_____
John M. Hogan, Esq.