UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-61485-CIV-DIMITROULEAS-SNOW

SERGIO J. MASVIDAL,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, and AMERICAN EXPRESS
COMPANY,

      Defendants.
_____/

ORDER GRANTING AMERICAN EXPRESS COMPANY'S
AGREED MOTION FOR ENLARGEMENT OF TIME

**THIS MATTER** is before the Court upon Defendant American Express Company's agreed motion for enlargement of time. Having considered the motion and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED THAT:**

1)    The motion is GRANTED.

2)    American Express Company shall have up through and including November 20, 2009 to serve a response to this Complaint.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October 2009.

                **THE HONORABLE WILLIAM P. DIMITROULEAS**
                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
*Counsel of record*