UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SERGIO J. MASVIDAL, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 0:09-cv-61485-WPD <br><br> NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT U.S. DEPARTMENT OF JUSTICE |

Please take notice of the appearance of

David M. Glass, DC Bar 544549
Senior Trial Counsel, Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7200
Washington, D.C. 25030
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

as counsel for defendant U.S. Department of Justice.

Respectfully submitted,

TONY WEST
Assistant Attorney General
JEFFREY H. SLOMAN
United States Attorney
VINCENT M. GARVEY
Dep. Branch Dir., Dep't of Justice, Civ. Div.

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Sr. Trial Counsel, Dep't of Justice, Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: October 13, 2009     Attorneys for Defendant U.S. Department of Justice