UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SERGIO J. MASVIDAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | No. 0:09-cv-61485-WPD <br><br> UNOPPOSED MOTION OF DEFENDANT <br> U.S. DEPARTMENT OF JUSTICE FOR <br> EXTENSION OF TIME TO RESPOND TO <br> THE COMPLAINT AND POINTS AND <br> AUTHORITIES IN SUPPORT THEREOF |

  Defendant U.S. Department of Justice (DOJ) hereby moves for an order extending through December 30, 2009, its time to respond to the complaint.

  This action was commenced on September 18, 2009.  The complaint was served on the U.S. Attorney on September 21, 2009.  Pl. Return of Serv. U.S. Att'y's Office (Doc. 6) at 1. Pursuant to Fed. R. Civ. P. 12(a)(2), November 20, 2009, is the current deadline for DOJ's response to the complaint.

  By letter dated September 18, 2009, plaintiff's counsel asked the Assistant Attorney General, Criminal Division, DOJ, to "review this matter and inform us whether you have any interest in resolving this matter without the need for further litigation or an evidentiary hearing." Letter DeMaria to Breuer (Sept. 18, 2009) at 4.  Following certain preliminary communications, DOJ's undersigned counsel and plaintiff's counsel spoke at length on October 16, 2009, about the possible settlement of this action as to DOJ.  At the end of that conversation, plaintiff's counsel stated that he would speak to plaintiff and report back to DOJ's undersigned counsel. However, plaintiff's counsel did not report back to DOJ's undersigned counsel until November

12, 2009.  When he did report back, he made certain proposals concerning settlement that DOJ cannot accept.

DOJ anticipates responding to the complaint by filing a dispositive motion.  In the hope that substantial progress could be made toward settlement, DOJ has postponed certain of the work that the preparation of its motion will require.  To permit completion of that work, DOJ asks that its time to respond to the complaint be extended through December 30, 2009.

Plaintiff's counsel advises that he does not oppose the extension of time that DOJ hereby seeks.

                                    Respectfully submitted,

TONY WEST
Assistant Attorney General
JEFFREY H. SLOMAN
United States Attorney
VINCENT M. GARVEY
Dep. Branch Dir., Dep't of Justice, Civ. Div.

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Sr. Trial Counsel, Dep't of Justice, Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C.  20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: November 16, 2009                Attorneys for Defendant U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SERGIO J. MASVIDAL, | No. 0:09-cv-61485-WPD |
| Plaintiff, | ORDER |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *et al.,* | |
| Defendants. | |

Upon the unopposed motion of defendant U.S. Department of Justice (DOJ) for extension of time to respond to the complaint and good cause having been shown, it is hereby ordered as follows:

1. The aforesaid motion of DOJ is hereby granted.

2. The time of DOJ to respond to the complaint is hereby extended through December 30, 2009.

Date: _____          _____
                               UNITED STATES DISTRICT JUDGE